UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                       :

CITY OF PHILADELPHIA et al.,                    :

                          Plaintiffs,                    :

                                                       :      22-MC-0053 (JMF)
        -v-                                             :

BANK OF AMERICA CORPORATION et al.,    :

                         Defendants.                :

------------------------------------------------------------------X
                                                       :

CITY OF PHILADELPHIA et al.,                    :

                        Plaintiffs,                    :

                                                       :      22-MC-0054 (JMF)
        -v-                                           :           ORDER

BANK OF AMERICA CORPORATION et al.,    :

                         Defendants.                :

------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On February 1, 2022, Plaintiffs City of Philadelphia and Mayor and City Council of Baltimore and non-parties Quinn Emanuel Urquhart & Sullivan, LLP and Wollmuth Maher & Deutsch LLP ("Plaintiffs' Counsel") moved to transfer 22-MC-0053 and 22-MC-0054 to the United States District Court for the Southern District of New York or, in the alternative, to quash or modify the subpoenas (1) served on Edelweiss Fund, LLC by Defendants on November 19, 2021; and (2) served on Bjorn Johan Rosenberg and Blue Rose Capital Advisors, LLC by Defendants on November 19, 2021. *See* 22-MC-0053, ECF No. 1; 22-MC-0054, ECF No. 1. The proceedings have now been transferred to the undersigned. *See* 22-MC-0053, ECF No. 9;

22-MC-0054, ECF Nos. 9, 14.

Unless and until the Court orders otherwise, Plaintiffs and Plaintiffs' Counsel shall file a single consolidated motion to quash or modify all three subpoenas by **February 25, 2022**. A single, consolidated opposition shall be filed by **March 4, 2022**. Any reply shall be filed by **March 8, 2022**.

SO ORDERED.

Dated: February 22, 2022
      New York, New York

                                      JESSE M. FURMAN
                                   United States District Judge