UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
         :
CITY OF PHILADELPHIA et al.,         :
         :
        Plaintiffs,         :
         :     22-MC-0053 (JMF)
    -v-         :
         :     <u>ORDER</u>
BANK OF AMERICA CORPORATION et al.,         :
         :
        Defendants.         :
         :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The teleconference currently scheduled for May 9, 2022, is hereby rescheduled to **May 13, 2022**, at **11:30 a.m.**

      SO ORDERED.

Dated: May 5, 2022         _____
      New York, New York         JESSE M. FURMAN
         United States District Judge