UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
CITY OF PHILADELPHIA et al.,                                      :
:
                              Plaintiffs,                         :
:                     22-MC-0053 (JMF)
            -v-                                                   :
:                         ORDER
BANK OF AMERICA CORPORATION et al.,                               :
:
                              Defendants.                         :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

Earlier today, the Court held a teleconference regarding the pending motions to quash. *See* ECF Nos. 16, 50. The motions are resolved temporarily to the extent and for the reasons stated on the record. Additionally, as stated on the record:

- Respondents shall, no later than **May 27, 2022**, (1) produce to Defendants the documents produced in the New Jersey, New York, and Illinois False Claims Act ("FCA") cases; and (2) submit to the Court, *ex parte*, a log of documents that were provided to Plaintiffs' counsel during the period from May 2016 to November 30, 2016, that are *not* included in the aforementioned state FCA productions.

- Plaintiffs shall, no later than **May 27, 2022**, produce all documents referenced in their Amended Complaint, as well as the underlying economic analyses.

Respondents need not produce anything further in response to the subpoenas, pending any ruling by the Court in response to further requests by Defendants (if any).

The Clerk of Court is directed to terminate ECF Nos. 16 and 50.

SO ORDERED.

Dated: May 13, 2022
       New York, New York
                                              _____
                                              JESSE M. FURMAN
                                              United States District Judge