UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
CITY OF PHILADELPHIA et al.,                   :
:
                Plaintiffs,     :
:      22-MC-0053 (JMF)
     -v-                              :
:      ORDER
:
BANK OF AMERICA CORPORATION et al.,  :
:
                Defendants.     :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On July 19 and 22, 2022, Respondents submitted to the Court, *ex parte*, two sets of documents, per the Court's July 13, 2022 Order. ECF Nos. 73, 74; *see also* ECF No. 70. Having reviewed the documents, the Court concludes Respondents need not produce them to Defendants substantially for the reasons stated in Respondents' accompanying letters. *See* ECF Nos. 73, 74.

      In light of the foregoing and the Court's July 18, 2022 Order, ECF No. 72, it is hereby ORDERED that the above-entitled action is closed without prejudice to the right to reopen the action in the event that Defendants and Respondents are unable to resolve the issue raised in Defendants' July 12, 2022 letter-motion following Defendants' proposal of new search terms.

      The Clerk of Court is directed to close the case.

      SO ORDERED.

Dated: July 26, 2022
       New York, New York
                                                           JESSE M. FURMAN
                                                      United States District Judge